RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/12/11

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| TWO GUYS RECYCLING, LLC | CIVIL ACTION NO. 11-0048 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WILL TRANSPORT, INC. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Two Guys Recycling, LLC's "Motion to Dismiss 'Counterclaim' Pursuant to Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can Be Granted" [Doc. No. 9] is GRANTED, and Will Transport, Inc.'s ("Will Transport") Counterclaim [Doc. No. 5] is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Will Transport is granted leave to amend its Answer to include any defenses that mitigate or eliminate its liability in this case.

MONROE, LOUISIANA, this 12 day of July, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE